UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION AT LONDON

**ELECTRONICALLY FILED**

Eastern District of Kentucky
**FILED**

AUG 27 2009

AT LEXINGTON
LESLIE G WHITMER
CLERK U S DISTRICT COURT

ABDULLAH AL-KHALIFA,

PLAINTIFF

v.

LAKE CUMBERLAND MARINE, LLC, a Kentucky corporation; RANDY T. HARTMANN a/k/a RANDALL HARTMANN, an individual; EVONNE D. HARTMANN a/k/a VON GREEN a/k/a VON BURTON HARTMANN, an individual; FIFTH THIRD BANCORP, an Ohio corporation; and DOES 1 through 10, inclusive,

DEFENDANTS.

Civil Action No. 6:08-cv-00227-ART

## JUDGMENT

**JUDGMENT IS HEREBY ENTERED** on behalf of the Plaintiff, Abdullah Al-Khalifa, against the Defendants Randy T. Hartmann, a/k/a Randall Hartmann, individually, and Evonne D. Hartmann, a/k/a Von Green, a/k/a Von Burton Hartmann, individually, jointly and severally, pursuant to the terms of the attached Agreed Judgment, in the amount of $3.8 million ($4.1 million less $300,000 advanced previously), plus costs and fees for enforcement. Entry of judgment against Lake Cumberland Marine LLC, which has filed for bankruptcy, is hereby stayed.

Upon entry of this Judgment, all claims that were or could have been brought against Defendant Fifth Third Bank are hereby dismissed with prejudice.

ZZ992:99949:326093:1:LEXINGTON

-2-

ENTERED this the 27th day of August, 2009.

_____
UNITED STATES DISTRICT JUDGE