## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF KENTUCKY
## SOUTHERN DIVISION
## LONDON

| | |
|---|---|
| ABDULLAH AL-KHALIFA, | ) Civil Action No.: 6:08-cv-00227-ART |
| Plaintiff, | ) |
| v. | ) |
| LAKE CUMBERLAND MARINE, LLC, et al., | ) **AGREED JUDGMENT** |
| Defendants. | ) Hon. Judge Amul R. Thapar |

It is hereby ORDERED, ADJUDGED, and DECREED as follows:

1. Lake Cumberland Marine, LLC, ("Lake Cumberland") Randy T. Hartmann and Evonne D. Hartmann, jointly and severally, pursuant to the terms of the Stipulation and Order Re: Stay of Litigation and Payment Terms entered by this Court, have agreed, in the event of uncured payment default, to the ENTRY OF JUDGMENT against them, and, such uncured default having occurred, JUDGMENT IS HEREBY ENTERED in the amount of four million one hundred thousand dollars ($4.1) million, less any payments already made to Plaintiff pursuant to the Stipulation and Order Re: Stay of Litigation and Payment Terms. Plaintiff is also entitled to recover from Defendants Lake Cumberland Marine, Randy T. Hartmann and Evonne D. Hartmann, jointly and severally, all reasonable fees and costs of collection of this judgment.

2. Upon entry of this AGREED JUDGMENT, all claims that were or could have been brought against Defendant Fifth Third Bank are hereby dismissed with prejudice.

Dated: _____

_____
Hon. Judge Amul R. Thapar

SUBMITTED BY:

PETER L. HAVILAND
KAYE SCHOLER LLP

By: _Peter L. Haviland_ by [signature]
Peter L. Haviland
Attorneys for Plaintiff

A.C. VANDENBOSSCHE

By: *A. C. VanDenBossche* by *Elizabeth Lee Thompson with express authority*
A.C. VanDenBossche
Attorneys for Lake Cumberland Marine, LLC, Randy T. Hartmann and Evonne D. Hartmann

ELIZABETH L. THOMPSON

*Elizabeth Lee Thompson*
Attorneys for Fifth Third Bank

AGREED:

*Randy T. Hartmann*
Randy T. Hartmann

*Evonne Hartmann*
Evonne D. Hartmann

*Lake Cumberland Marine, LCC*
Lake Cumberland Marine, LLC

\\lexdc2\home\ethompson\My Documents\LEXINGTON-#300739v2-Agreed_Judgment_(Fifth_Third-Lake_Cumberland_Marine).DOC